ACCEPTED
03-16-00718-CV
13659417
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:27:17 AM
JEFFREY D. KYLE
CLERK

# No. 03-16-00718-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF
TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/8/2016 8:27:17 AM
JEFFREY D. KYLE
Clerk

## IN RE VOLKSWAGEN CLEAN DIESEL LITIGATION: TCAA ENFORCEMENT CASE

On Petition for Permissive Interlocutory Appeal from MDL No. 15-0844,
pending in the 353rd Judicial District Court
Travis County, Texas

## TAYLOR COUNTY'S NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF LEAD COUNSEL ON APPEAL

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 6, Appellee Taylor County files this Notice of Appearance of Counsel and Designation of Lead Counsel on Appeal as follows:

1.  Appellee designates the following attorneys as counsel on appeal:

JAMES B. HICKS III
Taylor County Criminal District Attorney
Texas Bar No. 09577300
300 Oak Street, Suite 300
Abilene, Texas 79602-1581
hicksj@taylorcountytexas.org

1

Frank R. Stamey
Assistant District Attorney
Texas Bar No. 19023900
Taylor County Criminal
District Attorney's Office
300 Oak Street, Suite 300
Abilene, Texas 79602
Phone: 325 674 1377
Fax: 325 674 1306
stameyf@taylorcountytexas.org

Anthony F. Constant
Texas Bar No. 04711000
Special Counsel
Constant Law Firm
800 N. Shoreline Blvd., Ste. 2700 South
Corpus Christi, TX 78401
Telephone: (361) 698-8000
Telecopier: (361) 887-8010
office@constantlawfirm.com

2.    LEAD COUNSEL designation. Pursuant to TEX. R. APP. P. 6.1, Appellee hereby designates Anthony F. Constant office@constantlawfirm.com as LEAD COUNSEL on appeal.

3.    Appellee respectfully requests that the Court and other counsel in this case note this designation and send all further correspondence, orders, or other communications to Anthony F. Constant.

Respectfully submitted,

By: /s/ Anthony F. Constant
Anthony F. Constant
State Bar No. 04711000
Constant Law Firm
800 N. Shoreline Blvd., Ste. 2700 South
Corpus Christi, TX 78401
Telephone: (361) 698-8000
Telecopier: (361) 887-8010
office@constantlawfirm.com

**ATTORNEY FOR APPELLEE
TAYLOR COUNTY**

## CERTIFICATE OF SERVICE

I certify that on November 8th a copy of the foregoing Notice was served upon all counsel of record registered with the Electronic Filing Service for this matter in compliance with the Texas Rules of Appellate Procedure.

/s/ Anthony F. Constant
Anthony F. Constant
office@constantlawfirm.com

3